
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CV-04-0455-LRS |
| vs. | |
| 2003 JEEP LIBERTY, VIN: 1J4GL48K83W500583, WASHINGTON LICENSE NUMBER P362088, | Final Order of Forfeiture |
| Defendant. | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem, that the defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property consists of a 2003 Jeep Liberty, VIN: 1J4GL48K83W500583, Washington License Number P362088.

The Defendant vehicle was seized on August 30, 2004, for violations of the Controlled Substances Act, 21 U.S.C. §801 et. seq.

On January 4, 2005, Ronald Myers, a/k/a Doug Shay (hereinafter Ronald Myers), was personally served with a copy of the Verified Complaint for Forfeiture In Rem and the Notice of Complaint for Forfeiture in the above-entitled case by the United States Marshals Service as evidenced by the USM-285 filed with the Court on January 5, 2005.

1    On January 10, 2005, Ronald Myers filed a Claim for Property.

2    No other claims have been filed.

3    On February 1, 2005, the United States sent a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and the Notice of Complaint for Forfeiture to Leroy Bullinger, via certified mail, as evidenced by the Certificate of Service of Notice by Mail filed with the Court on March 18, 2005.

The Notice of Complaint for Forfeiture was published on February 3, 10, and 17, 2005, in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, as evidenced by the USM-285 form filed with the Court on February 18, 2005.  Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within thirty (30) days after the final date of publication of the Notice of Complaint for Forfeiture, or within thirty (30) days after service of the complaint, whichever occurs first.  At the latest this 30-day period expired on March 21, 2005.

On March 11, 2005, Ronald Myers and the United States entered a Plea Agreement in <u>United States v. Ronald Bruce Myers</u>, criminal case number CR-04-173-FVS, in which Mr. Myers agreed to the forfeiture of his interest in the Defendant vehicle in the above-entitled civil forfeiture case.

In addition, on June 28, 2005, Ronald Myers and the United States filed a Stipulation to Withdraw Claim and a Stipulation for Order of Forfeiture with the Court.

It appearing to the Court that Ronald Myer's interest in the Defendant vehicle has been resolved by the entry of the Plea Agreement on March 11, 2005, in <u>United States v. Ronald Bruce Myers</u>, CR-04-173-FVS, and the entry of the Stipulation to Withdraw Claim and Stipulation for Order of Forfeiture on June 28, 2005;

It also appearing to the Court that no other claims have been made to the Defendant vehicle;

Final Order of Forfeiture - 2
2003 Toyota Forfeiture Order.wpd

It further appearing that the Defendant property is currently held by the United States Marshals Service;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant vehicle, 2003 Jeep Liberty, VIN: 1J4GL48K83W500583, Washington License Number P362088, is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the forfeited property shall be disposed of in accordance with law by the United States Marshals Service.

DATED this 11th day of July, 2005.

*s/Lonny R. Suko*

Lonny R. Suko
United States District Court Judge

Presented by:

James A. McDevitt
United States Attorney

s/Timothy M. Durkin

Timothy M. Durkin
Assistant United States Attorney